FILED
AUG 3 0 2011
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GIFFORD BLINDHEIM,<br><br>Defendant. | CR 11-36-M-DWM<br><br>FINDINGS & RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of conspiracy to manufacture marijuana in violation of 21 U.S.C. § 846 (Count I) and one count of money laundering in violation of 18 U.S.C. § 1957 (Count XIX) as set forth in the Indictment. The Defendant has also agreed to the forfeiture allegations advanced under 18 U.S.C. § 982(a)(1). In exchange for Defendant's plea, the United States

FINDINGS AND RECOMMENDATION - Page 1

has agreed to dismiss Counts II-XVIII and XX-XXII of the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charges against him and consequences of pleading guilty to the charges,

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts I and XIX of the Indictment, and that sentence be imposed. I further recommend that Counts II-XVIII and XX-XXII of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer**

FINDINGS AND RECOMMENDATION - Page 2

**a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 30th day of August, 2011.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge